AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

**LORA L. LISKOWITZ,**

        Plaintiff,

    V.                      CASE NUMBER: **02-C-422**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that pursuant to 42 U.S.C. § 405(g), this case is REVERSED and REMANDED for further proceedings before the Commissioner of the Social Security Administration consistent with the Magistrate Judge's Recommendation as adopted by the Court.**

**Plaintiff's motion for attorney's fees is GRANTED. Plaintiff is awarded $7,203.11 in attorney's fees and costs pursuant to the Equal Access to Justice Act.**

**This case is hereby DISMISSED.**

| | |
|---|---|
|     **February 2, 2007** | **JON W. SANFILIPPO** |
| *Date* | *Clerk* |
| | *s/ Linda M. Zik* |
| | *(By) Deputy Clerk* |